UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANA LYNN SARGENT,<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE STATE OF WASHINGTON, LISA GILMAN, in her official and personal capacity,<br>　　　　　　　Defendants. | NO.<br><br>AFFIDAVIT OF PATRICIA D. TODD IN SUPPORT OF REMOVAL TO FEDERAL COURT |

State of Washington　)
　　　　　　　　　　　) ss.
County of Thurston　　)

I, Patricia D. Todd, being first duly sworn upon oath, testify as follows:

1. I am the assistant attorney general assigned to represent Defendants. I am over the age of 18, competent to testify as to the matters stated herein, and make this declaration based on my personal knowledge.

2. The State of Washington was served with Plaintiff's Complaint in the above-entitled matter on February 6, 2018.

3. This case involves a claim that plaintiff was deprived of her constitutional rights pursuant to 42 U.S.C. § 1983 as well as related state law claims.

AFFIDAVIT OF
PATRICIA D. TODD IN
SUPPORT OF REMOVAL TO
FEDERAL COURT

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

4. The individual that can be identified in the Complaint, Defendant Gilman, has been served with the summons and complaint. Ms Gilman agrees to Removal to Federal Court.

4. True and correct copies of the documents filed in the Thurston County Superior Court File No. 18-2-00626-34 will be filed with this Court within fourteen (14) days as specified in LCR 101(b).

DATED this 16th day of February, 2018.

ROBERT W. FERGUSON
Attorney General

PATRICIA D. TODD, WSBA No. 38074
Washington State Attorney General's Office
PO Box 40126
Olympia WA  98504-0126
Telephone: (360) 586-6300
E-mail: PatriciaT2@atg.wa.gov
Fax: (360) 586-6655
Attorneys for Defendants

I certify that I know or have satisfactory evidence that Patricia D. Todd is the person who appeared before me, and said person acknowledged that she signed this instrument, on oath stated that she is authorized to execute the instrument and acknowledged it on this 16th day of February, 2018, to be the free and voluntary act of such party for the uses and purposes mentioned in this instrument.

NOTARY PUBLIC in and for the State of Washington, residing in Thurston County, Washington.
My Commission Expires: 7/5/20

AFFIDAVIT OF PATRICIA D. TODD IN SUPPORT OF REMOVAL TO FEDERAL COURT

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2018, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and caused to be served a copy of this document on all parties or their counsel of record on the date below as follows:

> **Counsel for Plaintiff**
> Law Office of Susan B. Mindenbergs
> Susan B. Mindenbergs, WSBA #20545
> 705 Second Avenue, Suite 1050
> Seattle, Washington 98104
> susanmm@msn.com
>
> and
>
> Law Office of Vonda Sargent
> Vonda Sargent, WSBA #24552
> 119 First Avenue South, Suite 500
> Seattle, Washington 98104
> sisterlaw@me.com

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 16th day of February, 2018, at Tumwater, Washington.

ROBERT W. FERGUSON
Attorney General

/s/ *Patricia D. Todd*
PATRICIA D. TODD, WSBA No. 38074
Washington State Attorney General's Office
P.O. Box 40126
Olympia WA 98504-0126
Telephone: (360) 586-6300
E-mail: PatriciaT2@atg.wa.gov
Fax: (360) 586-6655
Attorneys for Defendants

AFFIDAVIT OF PATRICIA D. TODD IN SUPPORT OF REMOVAL TO FEDERAL COURT

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300